EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.<br><br>Received/EEOC/ATDO2023-9-14 | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>410-2023-12073 |
|---|---|---|

_____NA_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Carla Smith (carlasmith4209@yahoo.com) | Home Phone (Incl. Area Code)<br>678-350-5675 | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 116 Omega Court | Dallas, Georgia 30157 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>City of Atlanta (Department of Atlanta Information Management) | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>404-330-6110 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 55 Trinity Avenue SW, Suite G700 | Atlanta, Georgia 30303 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address   City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 02/2023   Latest: 08/2023<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Carla Smith, and I am an African American female. In January 2019, I was hired by the City of Atlanta as Director of Information Technology ("IT") in the Department of Atlanta Information Management ("AIM").

In June 2021, Jason Sankey, an African-American male, was hired as the Chief Information Officer (CIO) for the City of Atlanta and in August 2021, Brittaney Carter, a white female, was hired as the IT Director of Application Development. In or about November 2021, Carter was elevated to the role of Chief Technology Officer and became my direct supervisor. In September 2021, Chloe Broom was hired as the Administrative Director/AIM Chief of Staff; she is a biracial female. Sankey, Carter and Broom are all currently under the age of 40. In May 2022, Sheila Douthit, an African American woman over the age of 50, was hired as the Senior Desktop Support Manager. Douthit reported directly to me.

In October 2022, Carter began to express dissatisfaction with Douthit. However, Carter could not articulate any clear or specific details regarding Douthit's performance, which I found troubling, and the vague issues she raised were endemic to the entire department and not Douthit.

In November or December 2022, Carter awarded Gage Faulkner, a white client solutions engineer in the AIM department, a salary increase. Carter did not follow the normal process for internal compensation

Doc ID: 7a2123a70bc2ab8493b19227755736113198ca3d6

review and did not seek my opinion, although he was under my supervision. Several black members of the Desktop Support team expressed their unhappiness to me about the abrupt raise for Faulkner. When I questioned the raise for Faulkner, Carter told me that the reason was because of staff attrition that caused him to assume new duties. I advised Carter that the Desktop Support Team, which consisted of 99% black employees, had endured the loss of five staffers without any additional compensation for their increased workload.

In February 2023, the Desktop Support, Telecom, and Server teams lodged a formal HR complaint against Sankey, Carter, and Broom. The team alleged that AIM failed to offer black employees in the department a pay increase, while white employees including Faulkner were given raises; and that AIM had overlooked blacks for promotions. The complaint also charged that Carter and Broom were operating as remote employees who were actually based in Ohio; while a black Director, Daniel Newman, had been required to relocate to Georgia.

Near the end of February 2023, Carter advised that she planned to demote me to a new role, and a week later, she clarified that the position was that of Business Operations Manager, and that she believed the new job would enable me to strengthen areas of performance where I needed improvement. I told Carter that I had no prior knowledge of performance issues/concerns, nor had I been reprimanded for any performance issues. There had been no discussion or prior documentation to me of poor performance.

In March or April 2023, I met with Atlanta's Commissioner of Human Resources Tarlesha Smith to initiate a formal HR complaint against Carter. In addition to my demotion, I raised other issues including: (1) Carter's failure to award vending contracts to minority IT contractors; (2) the procurement of two non-minority companies, Sentry IT and TekSystems, as vendor service provider for new application/infrastructure services without going through a formal bid process. I also made attempts to escalate my concerns about retaliation and pay discrimination in the AIM Department to Atlanta City Councilman Antonio Lewis. The HR department recognized that my demotion was unjustified and reversed Carter's decision.

In April 2023, Carter asked me to begin the process for terminating Douthit and directed me to start building a paper trail of corrective action to justify firing Douthit: I raised objections that Douthit's termination could be a legal risk for the city given that she was in several protected categories–race, age, and gender–and the lack of clear grounds to fire her. I also suspected that Carter's actions were retaliation for several of her subordinates initiating a complaint against the senior leadership of AIM.

In June 2023, I was told by CIO Sankey that it would be in my interest to consider applying for an open position as Business Relations Manager, a role that was a clear demotion. Carter warned me that if I did not accept the demotion, I would be placed on a Performance Improvement Plan ("PIP").

In July 2023, Carter decided to move forward with firing Douthit; and once more, I expressed the view that firing Douthit posed a litigation risk, to no avail. I subsequently learned that after Douthit's termination, Carter questioned employees on the Desktop Support team about their view of my leadership.

When I returned from a short vacation, on August 14, 2023, I was terminated. I believe my firing was based on the various complaints I had raised about discriminatory contracting and vending decisions and my opposition to firing Douthit, as well as my warnings that firing Douthit could expose the city to a discrimination lawsuit. This constitutes retaliation under Title VII of the Civil Rights Act of 1964.

I also bring a claim of discrimination under the Age Discrimination In Employment Act. I observed that in the time frame from October 2021 – June 2023, a number of AIM employees over 40 were terminated: Erin Greene (Chief Technology Director, age 47), Jamal Northington (IT Director) (early 50s); Errin Baugh (Deputy Chief Information Officer/Enterprise Project Management Officer, age 56) and Kelvin Brooks (Exec. Director Information Security, age 52). There is a widespread belief in the department that there has been an ongoing effort to eliminate middle-aged black employees in the name of creating a

younger, more global look for the IT leadership ranks.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
| 09 / 14 / 2023       *Carla Smith*<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 7a2123a70bc2ab8493b1922755736113198ca3d6