U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

July 17, 2024

Ms. Carla Smith
c/o Arthur Davis, Esquire
HKM Employment Attorneys
2024 3rd Ave. N
Suite 307
Birmingham, AL  35203

Re:  EEOC Charge Against City of Atlanta, Department of Atlanta Information Management, et al.
     No. 410202312073

Dear Ms. Smith:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                               Sincerely,

                               Kristen Clarke
                           Assistant Attorney General
                             Civil Rights Division

                by    /s/ Karen L. Ferguson
                      Karen L. Ferguson
               Supervisory Civil Rights Analyst
               Employment Litigation Section

cc: Atlanta District Office, EEOC
   City of Atlanta, Department of Atlanta Information Management, et al.